Page 2

2:05CV460-F

RECEIVED

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2005 MAY 18 A 9:31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| United States District Court | District **MIDDLE DISTRICT OF ALA.** |
|---|---|
| Name (under which you were convicted): **JEFFERY JAMES JACKSON** | Docket or Case No.: **D.C. 04-487-488** |
| Place of Confinement: **MONTGOMERY CO. DETENTION FACILITY** | Prisoner No.: **16703** |
| Petitioner (include the name under which you were convicted) **JEFFERY JAMES JACKSON** v. | Respondent (authorized person having custody of petitioner) **D.T. MARSHALL - SHERIFF** |
| The Attorney General of the State of **MONTGOMERY, ALABAMA.** | |

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: **DISTRICT COURT - P.O. BOX 1667, MONTGOMERY, AL. 36102**

    (b) Criminal docket or case number (if you know): **D.C. 04-487-488**

2. (a) Date of the judgment of conviction (if you know): **MARCH 26, 2004**

    (b) Date of sentencing: **MARCH 26, 2004, PROBABLE CAUSE HEARING**

3. Length of sentence: **ARRESTED FEB. 18, 2004, NO INDICTMENT.**

4. In this case, were you convicted on more than one count or of more than one crime?   Yes ☐   No ☑

5. Identify all crimes of which you were convicted and sentenced in this case: **MURDER AND ROBBERY 1ST DEGREE, THERE IS NO CONVICTION. PETITIONER HAS BEEN IN THE CUSTODY OF THE DISTRICT COURT FOR 15 MONTHS, STATE'S CUSTODY IS WHAT I AM CHALLENGING.**

6. (a) What was your plea? (Check one)

    (1) Not guilty ☑        (3) Nolo contendere (no contest) ☐
    (2) Guilty ☐            (4) Insanity plea ☐

**NO PLEA AT PRELIMINARY HEARING, PETITIONER STILL HELD ON ORIGINAL COMPLAINT, NO GRAND JURY INDICTMENT. SEE EXHIBIT (B)**

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? THERE WAS NO PLEA ENTERED AT MY PRELIMINARY. PROBABLE CAUSE ON THE CHARGES WAS FOUND BY THE DISTRICT COURT, JUDGE: McLEMORE. PETITIONER IS IN CUSTODY BASED ON ORIGINAL COMPLAINT, NOT BY INDICTMENT LAWFULLY RETURNED BY MONTGOMERY CO. GRAND JURY.

(c) If you went to trial, what kind of trial did you have? (Check one)
   Jury ☐     Judge only ☑ PRELIMINARY HEARING

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   Yes ☐  No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑  No ☐   PETITIONER APPEAL JUDGEMENT IN DISTRICT COURT.

9. If you did appeal, answer the following:
   (a) Name of court: DISTRICT COURT
   (b) Docket or case number (if you know): D.C. 04-487-488
   (c) Result: NO REPLY OR RULING ON MY APPEAL
   (d) Date of result (if you know): NONE
   (e) Citation to the case (if you know): N/A
   (f) Grounds raised: DIFFERENT COMPLAINT: PETITIONER IS IN CUSTODY BASED MURDER. ORIGINAL COMPLAINT IS ROBBERY 1ST DEGREE AND MURDER. ACCORDING TO ORIGINAL COMPLAINT ROBBERY WAS THE MOTIVE FOR MURDER. DEATH IS MY CASE WAS CAUSED BY AN ACCIDENT TO A TRUCK DRIVER WHO LEFT THE ROAD AND HIT A UTILITY POLE.
   (g) Did you seek further review by a higher state court?  Yes ☑  No ☐

   If yes, answer the following:
   (1) Name of court: CIRCUIT COURT - MONTGOMERY CO. ALABAMA.
   (2) Docket or case number (if you know): D.C. 04-487-488.
   (3) Result: DISTRICT COURT AND CIRCUIT COURT HAS DENIED MY REQUESTS.
   (4) Date of result (if you know): NO DATE
   (5) Citation to the case (if you know): N/A
   (6) Grounds raised: ILLEGAL ARREST: ROBBERY WAS FABRICATED IN COMPLAINT. PETITIONER NOW IS IN CUSTODY OF THE DISTRICT COURT BASED ON A DIFFERENT COMPLAINT, VICTIM IN PETITIONER CASE DIED IN A TRUCKING ACCIDENT.

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐ No ☑

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _DISTRICT COURT - MONTGOMERY CO. ALABAMA_

(2) Docket or case number (if you know): _D.C. 04-487-488_

(3) Date of filing (if you know): _MAY 5, 2005_

(4) Nature of the proceeding: _MOTION TO DISSMISS COMPLAINT_

(5) Grounds raised: _COMPLAINT WAS FABRICATED BY DET: GUY NAQUIN IN ORDER TO ARREST AND DETAIN PETITIONER. ARREST WAS BASED ON PETITIONER RESISTING ARREST AND ARMED WITH A HAND GUN AFTER AN ACCIDENT THAT OCCURRED AT INTERSTATE 85 (SOUTH) ON-RAMP AT TAYLOR ROAD INTERSECTION. STATE'S ONLY WITNESS, DETECTIVE GUY NAQUIN WAS'NT THE ONLY OFFICER AT THE SCENE OF THE ACCIDENT. THE MONTG. POLICE DEPT AND PARAMEDIC DID'NT CONFIRM HIS TESTIMONY AT MY HEARING._

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____
_____
_____
_____
_____

 (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
   Yes ❏   No ☑

 (7) Result: _____
 (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

 (1) Name of court: _____
 (2) Docket or case number (if you know): _____
 (3) Date of filing (if you know): _____
 (4) Nature of the proceeding: _____
 (5) Grounds raised: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

 (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
   Yes ❏   No ☑

 (7) Result: _____
 (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

 (1) First petition:    Yes ☑   No ❏
 (2) Second petition:   Yes ☑   No ❏
 (3) Third petition:    Yes ☑   No ❏

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____
_____
_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** WRIT OF HABEAS CORPUS: CIRCUIT COURT

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ORIGINAL COMPLAINT WAS FABRICATED. DETECTIVE GUY NAQUIN STATED ON OATH THAT THE PETITIONER IS THE BLAME FOR AN ACCIDENT THAT OCCURRED ON TAYLOR RD, AND INTERSTATE 85. ACCORDING TO HIS COMPLAINT, I RESISTED ARREST AND WAS ARMED WITH A HAND GUN. HE ALSO STATED ON OATH AT MY PRELIMINARY HEARING THAT I CONFESSED TO THE CRIME OF ROBBERY.

(b) If you did not exhaust your state remedies on Ground One, explain why: IF I DID'NT EXHAUST ALL OF MY STATE REMEDIES IT IS BECAUSE I DID'NT KNOW THEY EXIST. WITHOUT THE ASSISTANCE OF AN ATTORNEY, DEFENDANT HAVE A HARD TIME OBTAINING JUSTICE.

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑  No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐  No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion or petition?
    Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?
    Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: __DISTRICT COURT MONTGOMERY CO. ALABAMA__
Docket or case number (if you know): __D.C. 04-487 / D.C. 04-488__
Date of the court's decision: __MARCH 26, 2004__
Result (attach a copy of the court's opinion or order, if available): __PETITIONER HAVE NOT RECIEVED A REPLY FROM ANY OF HIS APPEALS. WITHOUT THE ASSISTANCE OF AN ATTORNEY, APPEALS ARE BEING DENIED.__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: __MOTION FOR A FAST AND SPEEDY TRIAL. THE PETITIONER HAS BEEN DENIED TRIAL, AND HAVE NOT RECIEVE NO ASSISTANCE FROM HIS ATTORNEY.__

**GROUND TWO:** __MISREPRESENTATION AND INEFFECTIVENESS OF ATTORNEY, ANTHONY T. CARTER - SEE EXHIBIT C__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __ATTORNEY OF RECORD, ANTHONY T. CARTER FAILED TO OBJECT TO THE EVIDENCE PRESENTED TO THE COURT. ATTORNEY KNEW THE FACTS TO THE CASE AND DID'NT PROVIDE THE ASSISTANCE PETITIONER NEEDED TO APPEAL THE RULING. ORIGINAL COMPLAINT WAS BASED ON ROBBERY. PRELIMINARY HEARING WAS BASED ON _____, MOTIVE, ACCORDING TO STATE'S WITNESS IS ROBBERY.__

(b) If you did not exhaust your state remedies on Ground Two, explain why: PETITIONER IS INDIGENT. NUMEROUS REQUESTS HAVE BEEN MADE TO OBTAIN ASSISTANCE IN THIS CASE. PETITIONER CAN NOT EXHAUST STATE REMEDIES WITHOUT KNOWLEDGE THEY EXIST.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐   No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?

Yes ☐   No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: DISTRICT COURT MONTGOMERY CO. ALABAMA

Docket or case number (if you know): D.C. 04-487 / D.C. 04-488

Date of the court's decision: MARCH 26, 2004

Result (attach a copy of the court's opinion or order, if available): THE COURT'S HAS DENIED ALL MOTION AND PETITION WITHOUT AN ANSWER TO APPEAL. THERE IS NO ASSISTANCE OF COUNCIL.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: MY CASE HAS STOP IN IT'S PRELIMINARY STAGES. PETITIONER MOTION TO DISMISS STATE GROUNDS THAT COMPLAINT SHOULD BE DISMISS BECAUSE ATTORNEY HAS NOT REPRESENTED HIS CLIENT FAIRLY.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: ALABAMA BAR ASSOCIATION, RESPONDED TO MY COMPLAINT AGAINST ATTORNEY- C.S.P. 04-823 (A) ANTHONY T. CARTER. PETITIONER REQUESTED ASSISTANCE FROM THE BAR BECAUSE OF ATTORNEYS BEHAVIOR. SEE EXHIBIT- C

**GROUND THREE:** MOTION TO DISMISS CHARGES.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): CHARGES WAS FABRICATED. INFORMATION PROVIDED TO THE COURT CHARGING THE PETITIONER WITH THE COMMISSION OF AN INDICTABLE OFFENSE, MADE ON OATH, SIGNED AND PRESENTED TO THE COURT BY THE DISTRICT ATTORNEY WAS FABRICATED BY STATE COURT WITNESS, DETECTIVE GUY NAQUIN. NO INDICTMENT ON MURDER IN (15) MONTHS.

(b) If you did not exhaust your state remedies on Ground Three, explain why: THE STATE REMEDIES THAT PETITIONER PERSONALLY KNOW OF HAS BEEN EXHAUSTED. PETITIONER SEEKS RELIEF FROM THE FEDERAL COURT. THE STATE COURT ARE'NT GRANTING MY APPEAL.

(c) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐ No ☑

   (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

      Yes ☐ No ☑

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: **DISTRICT COURT MONTGOMERY CO. ALABAMA**

Docket or case number (if you know): **D.C. 04-487 / D.C. 04-488**

Date of the court's decision: **MARCH 26, 2004**

Result (attach a copy of the court's opinion or order, if available): **PETITIONER HAS NOT RECEIVED AN ANSWER ON APPEAL. I'AM AN INDIGENT INMATE WITH NO LEGAL REPRESENTATION.**

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: **MOTION FOR DISCOVERY. MOTION FOR THE FINAL DISPOSITION - PRELIMINARY HEARING.**

**GROUND FOUR:** **MOTION FOR FAST AND SPEEDY TRIAL.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): **PETITIONER MOTION THE COURT FOR A FAST AND SPEEDY TRIAL. CASE'S HAS NOT BEEN INDICTED. MY PURPOSE FOR PETITIONING THE FEDERAL COURT IS TO CHALLENGE THE LEGALITY OF MY DETENTION. I HAVE BEEN IN THE CUSTODY OF THE DISTRICT COURT FOR 15 MONTHS. SEE EXHIBIT A**

(b) If you did not exhaust your state remedies on Ground Four, explain why: PETITIONER HAS NO WAY OF KNOWING "ALL" THE REMEDIES AVAILABLE TO DEFENDANTS WHO ARE ACCUSED OF COMMITTING A CRIME. STATE COURT APPOINTED ATTORNEYS OFTEN DO'NT ASSIST THEIR CLIENT UNTIL THE DAY OF COURT. SEE EXHIBIT-C

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☑   No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ☐   No ☑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion or petition?

        Yes ☐   No ☑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ☑   No ☐

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☑   No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: DISTRICT COURT, MONTGOMERY CO. ALABAMA

    Docket or case number (if you know): DISTRICT COURT 04-487 / 04-488

    Date of the court's decision: MARCH 26, 2004

    Result (attach a copy of the court's opinion or order, if available): APPEAL HAS'NT BEEN ANSWERED.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: MOTION TO SUPPRESS. STATEMENT MADE AT PRELIMINARY HEARING CAN BE SUPPRESS BECAUSE THEY ARE UNTRUE. PETITIONER RIGHT'S TO A FAIR AND IMPARTIAL HEARING WAS VIOLATED.

13. Please answer these additional questions about the petition you are filing:
    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ☑  No ☐
    
    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: DISTRICT COURT, MONTGOMERY CO. ALABAMA HAS JURISDICTION IN MY CASE. ALL THE GROUNDS FOR RELIEF IN THIS PETITION HAS BEEN RAISED IN DISTRICT COURT. CUSTODY IS AN ISSUE.
    
    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: CHANGE OF VENUE, PETITIONER WAS WRONGFULLY ACCUSED IN THE PUBLIC BY AN ARTICLE DONE IN THE MONTG. ADVERTISER, REASON NOT PRESENTED, LACK OF KNOWLEDGE.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ☐  No ☑
    
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
   (a) At preliminary hearing: ANTHONY T. CARTER - 207 MONTGOMERY ST. MONTGOMERY, AL. 36104
   (b) At arraignment and plea: N/A
   (c) At trial: N/A
   (d) At sentencing: N/A
   (e) On appeal: N/A
   (f) In any post-conviction proceeding: N/A
   (g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒
   (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____
   (b) Give the date the other sentence was imposed: _____
   (c) Give the length of the other sentence: _____
   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☒

Therefore, petitioner asks that the Court grant the following relief: _STATE'S CUSTODY VIOLATES THE CONSTITUTION AND LAWS OF THE UNITED STATES. PETITIONER ASKS THE COURT TO ORDER HIS RELEASE._

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ _DAY OF MAY 2005._____ (month, date, year):

Executed (signed) on __MAY_____ (date).

_Jeffery J. Jackson_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

* * * * *

EXHIBIT (A)  SEE PAGE 9 OF PETITION.

Inmate Jeffery Jackson                    16703

RECEIVED 4C
2005 MAY 18 A 9: 31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

The green form you filled out on 04/25/05 is not a grievance!

When you want to complain about anything LEGAL, write it on your own paper and send it to your attorney or to your judge. The County Jail had nothing to do with you being placed in here; therefore, we are not holding you illegally, refusing you your legal rights or any of your other complaints.

The green Grievance forms are for grievances within this facility. The green forms are not sent outside this jail.

*JDavis*  4/26/05

EXHIBIT (A)  SEE PAGE 9 OF PETITION.

**Melissa Rittenour**, Clerk and Register, Circuit Court Montgomery County    Telephone (334) 832-125

Montgomery County Courthouse, P.O. Box 1667, Montgomery, AL 36102-1667

EXHIBIT B

DATE: 4-12-05

TO: Jeffery J. Jackson

Your case(s) is currently pending the Grand Jury. Until the Grand Jury has heard the case and made a ruling, there is not any further information we can provide you with.

*Melissa Rittenour* /TR

Melissa Rittenour

EXHIBIT B

EXHIBIT C

Montgomery County Detention Facility
# INMATE REQUEST FORM

DATE: APRIL 11, 2005    TIME: 8:00
NAME: JEFFERY J. JACKSON    BOOKING #: 703    CELLBLOCK: 4-2

Please check ONLY ONE of the following:

___ LAUNDRY
___ RECREATION
___ CHARGES/BOND INFORMATION
___ MAIL
___ CANTEEN
___ MEDICAL/DENTAL

___ PROPERTY
___ VISITATION
___ FOOD SERVICE
___ GENERAL LIBRARY
___ MONEY INFORMATION
___ OTHER

CAPT. PALMER-BYRD:    Briefly state your request

THE DUE PROCESS CLAUSES OF STATE CONSTITUTION REQUIRE PROPER PROCEDURE BE FOLLOWED. THOSE ACCUSED MUST BE GIVEN AN OPPORTUNITY TO PREPARE AND PRESENT HIS DEFENSE. I HAVE NO ATTORNEY. I NEED MORE "TIME" IN THE LIBRARY. NO ONE ELSE WILL HELP ME, ALLOW ME TO HELP MYSELF. THANK YOU!

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

EXHIBIT C

*Jeffery J. Jackson*

### ACTION TAKEN

Date: 12 Apr 05    Time: 1445

Jeffery — I checked with the clerk's office & your cases are pending grand jury. After grand jury, bill or no bill, should be the time to inform the clerk's office that you are acting as your own attorney. The Clerk's office needs to have this information on file. They will allow you additional time in the library, if workload & time permits, but for now your time will not be extended.

Action Taken by: Capt. A Palmer-Byrd
                  Signature

PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

*Inmate Request Forms will be routed to the appropriate supervisor or administration for disposition.*
*Request Forms will be completed and placed in inmate's file.*
*Inmates will receive a copy when a written response is required.*

Revised 01