AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

MIDDLE District of MONTGOMERY CO. ALABAMA

JEFFERY JAMES JACKSON
Plaintiff

v.

STATE OF ALABAMA - ETAL
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:05CV460-F
A.C. 04-487-488

I, Jeffery James Jackson, declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? NO    Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   SOUTHERN ROOFING COMPANY - ADDRESS - DON'T KNOW.
   EMPLOYER - CAN'T REMEMBER.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends             ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☑ No
   d. Disability or workers compensation payments      ☐ Yes    ☑ No
   e. Gifts or inheritances                            ☐ Yes    ☑ No
   f. Any other sources                                ☐ Yes    ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   GLORINE HARRIS ADAMS - MY DAUGHTER. ALSO SHE HAVE CHILDREN. I HOPE TO ONE DAY HELP TO SUPPORT MY GRANDCHILDREN.

I declare under penalty of perjury that the above information is true and correct.

_____     *Jeffery James Jackson*
Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT RECEIVABLE REPORT                                                                    Page 1 of 2

Montgomery County Jail
02/25/05 13:27
ST 001 / OPR YR

Booking Number       : 16703
Resident Name        : JACKSON, JEFFERY JAMES
Time Frame           : 02/18/2004 12:28 - 02/25/2005 13:27

--------------------------------------------------------------------------------------------------------
  Date       Time    Receivable          Transaction Type                   Amount   OPR   Receipt #
--------------------------------------------------------------------------------------------------------

03/08/2004  11:53   Dr. Visit            Receivable Charge                   10.00   ALA   B38649
04/27/2004  10:39   Dr. Visit            Receivable Charge                   10.00   ALA   A35606
05/18/2004  15:12   Dr. Visit            Receivable Charge                   10.00   wck   A36061
05/18/2004  15:12   Dr. Visit            Receivable Payment-Resident          0.41   wck   A36061
08/16/2004  13:53   Dr. Visit            Receivable Charge                   10.00   ALA   A37810
08/16/2004  13:53   Dr. Visit            Receivable Payment-Resident          0.16   ALA   A37810
10/13/2004  11:33   Dr. Visit            Receivable Charge                   10.00   ALA   A38900

03/01/2004  11:01   Indigent             Order-Swanson-Indigent               1.50   ttm   C60925
03/04/2004  09:57   Indigent             Order-Swanson-Indigent               1.50   ttm   C61369
03/15/2004  08:59   Indigent             Order-Swanson-Indigent               1.50   ttm   C62247
03/18/2004  09:28   Indigent             Order-Swanson-Indigent               1.50   ttm   C62458
03/22/2004  08:33   Indigent             Order-Swanson-Indigent               1.50   ttm   C62648
03/23/2004  14:10   Indigent             Receivable Payment-Resident          4.00   ALA   B39138
04/26/2004  08:59   Indigent             Order-Swanson-Indigent               1.50   ttm   C65535
04/26/2004  08:59   Indigent             Receivable Payment-Resident          0.26   ttm   C65536
04/29/2004  08:57   Indigent             Order-Swanson-Indigent               1.50   ttm   C65963
05/03/2004  11:45   Indigent             Order-Swanson-Indigent               1.50   ttm   C66123
05/11/2004  12:29   Indigent             Receivable Payment-Resident          4.00   VT    B40709
06/14/2004  10:01   Indigent             Order-Swanson-Indigent               1.50   ttm   C69771
06/14/2004  10:01   Indigent             Receivable Payment-Resident          0.62   ttm   C69772
06/21/2004  11:06   Indigent             Order-Swanson-Indigent               1.50   ttm   C70287
07/08/2004  10:00   Indigent             Order-Swanson-Indigent               1.50   ttm   C71721
07/09/2004  12:28   Indigent             Receivable Payment-Resident          4.00   VT    B42562
07/27/2004  12:41   Indigent             Receivable Payment-Resident          5.60   FHD   B43091
09/13/2004  10:46   Indigent             Order-Swanson-Indigent               1.50   ttm   C77386
09/13/2004  10:46   Indigent             Receivable Payment-Resident          0.24   ttm   C77387
09/20/2004  09:34   Indigent             Order-Swanson-Indigent               1.50   ttm   C77619
10/04/2004  09:39   Indigent             Order-Swanson-Indigent               1.50   ttm   C78975
10/11/2004    :18   Indigent             Order-Swanson-Indigent               1.50   ttm   C79542
10/18/20            Indigent             Order-Swanson-Indigent               1.50   ttm   C80059
10/21/2004  09:38   Indigent             Order-Swanson-Indigent               1.50   ttm   C80459
10/25/2004  09:46   Indigent             Order-Swanson-Indigent               1.50   ttm   C80742
10/28/2004  09:22   Indigent             Order-Swanson-Indigent               1.50   ttm   C81084
11/04/2004  09:21   Indigent             Order-Swanson-Indigent               1.50   ttm   C81752
11/15/2004  09:10   Indigent             Order-Swanson-Indigent               1.50   ttm   C82693
11/18/2004  11:20   Indigent             Order-Swanson-Indigent               1.50   ttm   C83165
11/22/2004  09:16   Indigent             Order-Swanson-Indigent               1.50   ttm   C83450
11/29/2004  10:05   Indigent             Order-Swanson-Indigent               1.50   amw   C83912
12/16/2004  09:23   Indigent             Order-Swanson-Indigent               1.50   ttm   C85403
12/20/2004  08:50   Indigent             Order-Swanson-Indigent               1.50   ttm   C85759
01/04/2005  08:51   Indigent             Order-Swanson-Indigent               1.50   ttm   C86420
01/10/2005  10:15   Indigent             Order-Swanson-Indigent               1.50   ttm   C86953
01/13/2005  10:27   Indigent             Order-Swanson-Indigent               1.50   ttm   C87270
01/24/2005  10:06   Indigent             Order-Swanson-Indigent               1.50   ttm   C88146
01/27/2005  09:30   Indigent             Order-Swanson-Indigent               1.50   ttm   C88493
01/31/2005  09:33   Indigent             Order-Swanson-Indigent               1.50   ttm   C88829
02/03/2005  10:44   Indigent             Order-Swanson-Indigent               1.50   RAI   C89286
02/07/2005  13:25   Indigent             Order-Swanson-Indigent               1.50   ttm   C89566
02/10/2005  09:11   Indigent             Order-Swanson-Indigent               1.50   ttm   C89890
02/14/2005  10:34   Indigent             Order-Swanson-Indigent               1.50   ttm   C90267
02/15/2005  15:22   Indigent             Receivable Payment-Resident          4.00   yr    B50066

11/19/2004  10:23   Nurse                Receivable Charge                   10.00   yr    A39793
11/19/2004  10:32   Nurse                Receivable Charge                   10.00   yr    A39796

03/08/2004  11:53   Prescription         Receivable Charge                    3.00   ALA   B38649
04/27/2004  10:39   Prescription         Receivable Charge                    3.00   ALA   A35606
```