IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JEFFERY JAMES JACKSON, #16703 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-460-F |
| D.T. MARSHALL -SHERIFF, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

For good cause, it is

ORDERED that Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), is GRANTED.

DONE, this 24th day of May, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE