FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2005 JUN -2 A 10 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

JEFFERY JAMES JACKSON

PETITIONER,

V.

D.T. MARSHALL-SHERIFF, et al.

RESPONDENTS

CIVIL ACTION NO. 2:05-460
-F WO

PETITIONER'S OBJECTIONS TO MAGISTRATE JUDGE'S
RECOMMENDATIONS AND FINDINGS.

THIS CAUSE OF ACTION IS BEFORE THE COURT ON A
28 U.S.C. § 2254 PETITION FOR HABEAS CORPUS RELIEF
FILED BY PETITIONER ON MAY 18, 2005. IN PETITION,
PETITIONER CHALLENGES FALSE IMPRISONMENT CAUSED BY
THE FILING OF FALSE CHARGES PENDING BEFORE THE GRAND JURY FOR
MONTGOMERY COUNTY, ALABAMA.

PETITIONER OBJECT TO THE RECOMMENDATION OF THE JUDGE
TO DISMISS THIS CAUSE OF ACTION, 28 U.S.C § 2254 PETITION
FOR HABEAS CORPUS.

PETITIONER HAS EXHAUSTED EVERY AVAILABLE STATE
COURT AND ADMINISTRATIVE REMEDIES THAT ARE AVAILABLE
TO HIM, WITHOUT THE ASSISTANCE OF AN ATTORNEY. PETITIONER
HAS FAILED TO OBTAIN ASSISTANCE FROM HIS COURT APPOINTED
LAWYER AND THE HIGHEST STATE COURT WITH JURISDICTION
TO CONSIDER THE CLAIM OF FALSE IMPRISONMENT. PETITIONER
HAS PRESENTED HIS CLAIMS TO BOTH, DISTRICT AND CIRCUIT
COURTS AND HAS APPEALED THE DISTRICT COURT FINDING THAT
THERE WAS PROBABLE CAUSE FOR ARREST WITHOUT EVIDENCE

SUPPORTING THE ARREST OF OFFICER GUY NAQUIN.

STATE COURT REMEDIES THAT PETITIONER HAS EXHAUSTED.

PRELIMINARY HEARING - FILED IN FEBUARY 2004. HELD MARCH 26, 2005. JUDGE LUCIE MCLEMORE. STATE APPOINTED ATTORNEY: ANTHONY T. CARTER. / NOTICE OF APPEAL PRELIMINARY HEARING, MAY 11, 2005

MOTION TO DISMISS COMPLAINT AND CHARGES - MAY 5, 2005

MOTION FOR FAST AND SPEEDY TRIAL - MAIL TO THE CIRCUIT COURT OF MONTGOMERY CO. ALABAMA. FILED BY MELISSA RITTENOUR - CIRCUIT CLERK, FEBUARY 16, 2005

MOTION FOR DISCOVERY

MOTION TO DISSMISS COURT APPOINTED ATTORNEY: ANTHONY T. CARTER

MOTION FOR FINAL DISPOSITION

PETITION FOR CERTIORARI

WRIT OF HABEAS CORPUS - STATE COURT

PETITION FOR RELIEF FROM CONVICTION AND SENTENCE, JUDGE TRUMAN HOBBS, PETITION DENIED.

NUMEROUS REQUESTS TO BE ASSISTED BY ATTORNEY.

NUMEROUS LETTERS WRITTEN TO ANTHONY T. CARTER, WITH NO ANSWERS

MOTION FOR PROBATION REVOCATION HEARING, PETITIONER HAS BEEN HELD IN DELINQUENCY BECAUSE OF FABRICATED CHARGES BY JUDGE HOBBS. REVOCATION HEARING DENIED.

ALABAMA STATE BAR - COMPLAINT OF MIS-REPRESENTATION OF ANTHONY T. CARTER, AUGUST 12, 2004 - C.S.P. NO. 04-823 (A)

## ADMINISTRATIVE REMEDIES

REQUEST TO DIRECTOR SAVAGE FOR MORE TIME IN THE
LAW LIBRARY TO BUILT DEFENSE IN CRIMINAL
CHARGES. DENIED ADDITION TIME. EACH INMATE
RECIEVE ABOUT 30 MINUTE EVERY TWO WEEK.
        REQUEST DENIED. CAPT. PALMER- BYRD, NOV. 18, 04

REQUEST TO ASS. DIRECTOR W. ROBINSON FOR MORE TIME
IN THE LIBRARY TO BUILT DEFENSE ON CRIMINAL CHARGES
    REQUEST DENIED, BY CAPT. PALMER-BYRD, NOV. 18, 2004

REQUEST TO CAPT. PALMER-BYRD FOR MORE TIME IN
LIBRARY TO BUILT DEFENSE ON CRIMINAL CHARGES.
    REQUEST DENIED, BY CAPT. PALMER BYRD, Nov. 18, 2004

PETITIONER HAS FILED NUMEROUS INMATE GRIEVANCES IN
REGARD TO BEING UNLAWFULLY DETAINED AND HAVING
NO ASSISTANCE OF AN ATTORNEY.

PETITIONER HAS EXHAUSTED EVERY AVAILABLE STATE AND
ADMINISTRATIVE REMEDIES WITHOUT HIS CONSTITUTIONAL
RIGHT TO BE ASSISTED BY AN ATTORNEY.

DONE THIS 31ST DAY OF MAY 2005. JEFFERY J. JACKSON
                                Jeffery J. Jackson
                                    PETITIONER